BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    Facsimile:  (415) 436-7248
    E-mail:     patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | No. 09-CR-0660 CRB |
|              Plaintiff,          ) | |
|       v.                                  ) | STIPULATION TO RESCHEDULE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ULYSSES TYKEE DAVIS,                   ) | |
|              Defendant.          ) | |

The United States and defendant Ulysses Tykee Davis ("the parties"), through their undersigned counsel, stipulate and agree, subject to the Court's approval, as follows:

1. Defendant Davis is presently in custody.

2. The parties agree that the status conference in this case currently scheduled for January 13, 2016, be rescheduled for December 16, 2015 at 2:00 p.m.

3. The parties, having already excluded time under the Speedy Trial Act to and including November 30, 2015, also agree that the time from November 30, 2015 through December 16, 2015 shall all be excluded on the same basis to which the parties previously stipulated and on the need for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

\* \* \* \* \*

IT IS SO STIPULATED:           BRIAN J. STRETCH
                               Acting United States Attorney


Dated: November 19, 2015       */s/ Patricia J. Kenney*
                               PATRICIA J. KENNEY
                               Assistant United States Attorney
                               Attorneys for the United States



                               OFFICE OF THE FEDERAL PUBLIC DEFENDER


Dated:  November 19, 2015      */s/ Carmen A. Smarandoiu*[1]
                               CARMEN A. SMARANDOIU
                               Attorney for Ulysses Tykee Davis


PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __20th__ DAY OF NOVEMBER, 2015.

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

---

[1] The above-signed AUSA attests that counsel for defendant, Carmen A. Smarandoiu, authorized the above-signed AUSA to affix Ms. Smarandoiu's electronic signature to this stipulation.

Stip & Order
No. 09-CR-00660 CRB            1